IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALONZO DAVIS,

                            Plaintiff,

v.

DEPARTMENT OF MENTAL
HEALTH DIVISION,

                            Defendant.

ORDER

15-cv-157-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on March 24, 2015, I dismissed plaintiff Alonzo Davis's complaint without prejudice for failure to state a claim upon which relief may be granted. I gave plaintiff until April 13, 2015, in which to submit an amended complaint addressing the deficiencies explained in the March 24 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is more than two weeks past the April 13 deadline and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Alonzo Davis's case is DISMISSED with prejudice. The clerk of court is directed to enter judgment and close this case.

      Entered this 29th day of April, 2015.

                                                           BY THE COURT:
                                                          /s/
                                                          BARBARA B. CRABB
                                                         District Judge