IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALONZO DAVIS,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                         15-cv-157-bbc

DEPARTMENT OF MENTAL HEALTH DIVISION,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 4/29/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |